UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br>BRADLEY SHAMON NELMS<br>TIWANA J NELMS<br><br>Debtors | CASE NO: 14-52360 K |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

    NOW COMES, Mary K. Viegelahn, Chapter 13 Trustee in the above captioned case, and files this Objection to Confirmation of Debtors' Chapter 13 Plan. In support thereof, the Trustee would show the Court the following:

1. On September 18, 2014, the above named Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. The Chapter 13 meeting of creditors pursuant to 11 U.S.C. § 341(a) ("341 meeting") was concluded on **October 22, 2014**.

3. The Trustee asserts that Springleaf Financial has filed a secured claim for $3,581.75 in the Debtors' plan. The Debtors listed Springleaf Financial as unsecured in their plan. The Trustee submits the Debtors need to amend the plan to provide for Springleaf Financial to be paid as secured or object to the claim.

4. The Trustee asserts the Debtors' Attorney Disclosure and Plan reflect $112.00 in fees paid. However, the Statement of Financial Affairs indicates $100.00 in fees paid. Even though this is a small amount of difference, the Trustee needs to be sure the amount of attorney fees in the plan is correct. The Trustee submits the Debtors need to amend to correct whichever amount is not correct.

5. The Trustee asserts the Debtors have the following high expenses on their Schedule J: Food at $1,150.00 monthly, Personal Care at $240.20 monthly and Transportation at $645.00 monthly. The Trustee would request strict documentation of these expenses. The Trustee submits that pursuant to 11 U.S.C. §1325(a)(3), the Debtor's plan needs to be proposed in good faith. The Trustee submits that the Debtors' plan is not proposed in good faith when their Schedule J has high expenses that exceed a level necessary for a comfortable but modest lifestyle. The Trustee submits the expenses should be reduced to a more reasonable level.

6. The Trustee cannot recommend Confirmation for all the reasons stated above and reserves her right to amend her objection to Confirmation.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee requests that, the Court deny confirmation of the Debtor(s)' Chapter 13 plan as it fails to meet the requirements set forth in 11 U.S.C. §§ 1325(a)(1) and (a)(3),dismiss Debtor(s)' Chapter 13 case; and for such other relief as the Court find just and equitable.

Date: November 03, 2014

/S/
_____
DAVID W. VAN ZYL  P39875 (MI)
STAFF ATTORNEY FOR THE CHAPTER 13 TRUSTEE
dvanzyl@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216
(210) 824-1460  fax:(210) 824-1328

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                        CHAPTER 13

**BRADLEY SHAMON NELMS**
**TIWANA J NELMS**


DEBTOR(S)                         CASE NO.: **14-52360 K**

CERTIFICATE OF SERVICE
-------------------------------------

I hereby certify that a true and correct copy of the attached document was served on **November 03, 2014** by First Class Mail, upon the following:

Debtor(s):

| | |
|---|---|
| BRADLEY SHAMON NELMS<br>TIWANA J NELMS<br>1806 MOUNTAIN STAR<br>SAN ANTONIO, TX 78251 | Attorney For Debtor(s)<br>VANHEMELRIJCK LAW OFFICES LP<br>1100 NW LOOP 410 #215<br>SAN ANTONIO, TX 78213 |
| AIR FORCE FEDERAL CREDIT UNION<br>1560 CABLE RANCH ROAD #200<br>SAN ANTONIO, TX 78245 | American General Financial/Springleaf Fi<br>Attention: Bankruptcy<br>PO Box 3251<br>Evansville, IN 47731 |
| Attorney General<br>Child Support<br>P.O. Box 12017<br>Austin, TX 78711 | Capital 1 Bank<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | Collection Services<br>180 E Burgess Rd Ste G<br>Pensacola, FL 32503 |
| CREDIT CONTROL CORP<br>11821 ROCK LANDING DR<br>NEWPORT NEWS, VA 23606 | Dept Of Ed/sallie Mae<br>11100 Usa Pkwy<br>Fishers, IN 46037 |
| ELGIN FEDERAL CREDIT UNION<br>838 N EGLIN PKWY NE<br>FT WALTON BEACH, FL 32547-2592 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374 |

Experian
PO Box 9701
Allen, TX 75013

Great Plains Lending
Attn: Customer Support
1050 East 2nd St, Box 500
Edmond, OK 73034

Highlights for Children
PO BOX 6381
Harlan, IA 51593

Merit Financ
SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304

Military Star
3911 S Walton Walker Blv
Dallas, TX 75236

Pinnacle Credit Service
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343

REGIONAL MANAGEMENT CORPORATION
P O BOX 776
MAULDIN, SC 29662

Security Finance of Texas, L.P.
d/b/a Merit Finance
2180 Jackson Keller Rd
San Antonio, TX 78213

Sun Loan
7121 Us Hwy 90 Ste 170
San Antonio, TX 78227

Texas Loan Corporation
201 E Abram Street
Suite 120
Arlington, TX 76010

Trans Union
PO Box 2000
Chester, PA 19022

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

HUD
615 East Houston Street, Suite 347
San Antonio, TX 78205

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Onemain Financial
6801 Colwell Blvd
Irving, TX 75039

PREFERRED CREDIT INC
P O BOX 1970
ST CLOUD, MN 56302

SGS Finance, Inc
201 E Abram St, Ste 120
Arlington, TX 76010

SPRINGLEAF FINANCIAL SERVICES INC
P O BOX 3251
EVANSVILLE, IN 47731

Sun Loan #183
7121 Us Hwy 90 Ste 170
San Antonio, TX 78227

Tinker Fcu
Po Box 45750
Tinker AFB, OK 73145

TreeMac Funding Group, LLC
8340 Meadow Rd, Ste.244
Dallas, TX 75231

United States Attorney  
601 N.W. Loop 410, Suite 600  
San Antonio, TX 78216

United States Attorney  
IRS/HUD/VA/Department of Education  
601 N.W. Loop 410, Suite 600  
San Antonio, TX 78216

United States Attorney  
SOCIAL SECURITY ADMINISTRATION  
601 N.W. Loop 410, Suite 600  
San Antonio, TX 78216

United States Attorney General  
Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

United States Attorney General  
IRS/HUD/VA/Department of Education  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

United States Attorney General  
SOCIAL SECURITY ADMINISTRATION  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

VA REGIONAL OFFICE  
OFFICE OF DISTRICT COUNSEL  
2515 MURWORTH DRIVE  
HOUSTON, TX 77054

Webbank  
215 S State St  
Salt Lake City, UT 84111

VULCAN ASSOCIATES  
dba LIONHEART INVESTMENT  
8323 CULEBRA RD, STE 111  
SAN ANTONIO, TX 78251

SINGH LAKHBIR  
11606 DENSE STAR  
SAN ANTONIO, TX 78245

SPRINGLEAF FINANCIAL SERVICES OF  
TEXAS, INC  
ATTN: KELLIE A. MEAGHER  
P O BOX 3251  
EVANSVILLE, IN 47731-3251

QUANTUM3 GROUP LLC  
ACE CASH EXPRESS INC  
P O BOX 788  
KIRKLAND, WA 98083

QUANTUM3 GROUP LLC  
P O BOX 788  
ATTENTION: DHARMINDER S. SANDHU,  
AUTHORIZED AGENT  
KIRKLAND, WA 98083

AIR FORCE FEDERAL CREDIT UNION  
ATTN:HELEN COLLENBACK  
1560 CABLE RANCH ROAD, STE 200  
SAN ANTONIO, TX 78245

WESTERN SHAMROCK DBA NATIONAL  
FINANCE COMPANY  
801 S ABE STREET  
SAN ANGELO, TX 76903

WESTERN SHAMROCK  
DBA WESTERN FINANCE  
801 S ABE ST  
SAN ANGELO, TX 76903

ARMY & AIR FORCE EXCHANGE  
SERVICES  
BASS & ASSOCIATES  
3936 E FT LOWELL ROAD, SUITE 200  
TUCSON, AZ 85712

ARMY &AIR FORCE EXCHANGE  
SERVICES  
SUSAN KARDER, ADMIN ASSIST  
BASS & ASSOCIATES PC  
3936 E FT LOWELL RD  
TUSCON, AZ 85712

ARMY & AIR FORCE EXCHANGE SERVICES
BASS & ASSOCIATES, P.C.
ATTN: RITA TORRES
3936 E FT LOWELL ROAD, SUITE #200
TUCSON, AZ  85712

REGIONAL MANAGEMENT CORPORATION DBA ANCHOR FINANCE FIRST COMMUNITY CREDIT, SUN FINANCE,
ATTN: BRITANNIE LEONARD
P O BOX 776
MAULDIN, SC  29662

PREFERRED CREDIT, INC
ATTN: TRAVIS WELDON
P O BOX 1970
ST CLOUD, MN  56302

/S/
_____
DAVID W. VAN ZYL